# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Stephen Lee Choate,

    Plaintiff

v.

Chris Weidick,

    Defendant

Case No.: 2:18-cv-01958-JAD-DJA

**Order Granting Motion to Enlarge Time**

[ECF No. 32]

    Plaintiff Stephen Lee Choate brings this civil-rights action under 42 U.S.C. § 1983, alleging a First Amendment retaliation claim and a Fourteenth Amendment equal-protection claim for events that he alleges occurred during an adult-education class he was taking at Nevada's Southern Desert Correctional Center. The court's January 27, 2020, screening order gave Choate until March 26, 2020, to notify the court whether defendant Weidick was served:

> plaintiff will have 30 days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished to file a notice with the Court identifying whether Defendant Chris Weidick was served or not served. If plaintiff wishes to have service again attempted on an unserved defendant, he must seek that relief by filing a motion in which he specifies a more detailed name and/or address for the defendant, or states whether some other manner of service should be attempted.[1]

Choate moves to enlarge that March 26th deadline by three months, explaining that he has been unable to effectuate service on Weidick because, he believes, Weidick is evading service with

---
[1] ECF No. 25 at 7.

the help of his employer.  Good cause appearing, IT IS HEREBY ORDERED that the Motion to Enlarge Time **[ECF No. 32] is GRANTED.  Choate's deadline to serve his notice identifying whether Weidick was served and to file an appropriate motion for further relief is extended to June 26, 2020.**

Dated: March 26, 2020

                                                                       _____
                                                                       U.S. District Judge Jennifer A. Dorsey