# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEPHEN LEE CHOATE, | Case No. 2:18-cv-01958-JAD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| CHRIS WEIDICK, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Order Directing CCSD to Accept Service for Its Employee Chris Weidick (ECF No. 38), filed on June 1, 2020. Plaintiff requests an order from the Court that CCSD accept service on behalf of its employee Chris Weidick. Defendant Weidick is the only remaining Defendant in this matter after the Court's Screening Order was issued on January 27, 2020 permitting some of his third amended complaint to proceed. (ECF No. 25). Plaintiff cites no authority for his request that the Court order CCSD to accept service for an individual employee. Moreover, the Court has already notified Plaintiff that it will not order the Attorney General's Office to accept service for Defendant Weidick. (ECF No. 31). Further, Plaintiff's Motion appears to be an attempt by Plaintiff to have the Court reconsider its prior Order (ECF No. 35) denying the instant requested relief without setting forth any points or authority supporting that relief. The Court finds no reason to reconsider its Order (ECF No. 35) that declined to order CCSD to accept service on behalf of an individual employee.

This matter is also before the Court on Plaintiff's Motion to Extend Time to Serve Defendant Weidick (ECF No. 39), filed on June 1, 2020. Plaintiff requests a second extension of time to serve Defendant Weidick. Judge Dorsey previously granted Plaintiff an extension of three months to the March 26, 2020 deadline for service. (ECF No. 33). As such, his current deadline to complete service is June 26, 2020. Plaintiff claims that he needs another three-month

1  extension because he is seeking a Court order that CCSD accept service.  As the Court has denied
2  Plaintiff's request to order CCSD to accept service, it does not find good cause to grant a second
3  extension of three months at this point.  It will grant him 30 days to complete service and no
4  further extensions will be granted absent exceptional circumstances as he will have been provided
5  extensions totalling four months.

6      IT IS THEREFORE ORDERED that Plaintiff's Motion for Order Directing CCSD to
7  Accept Service for its Employee Weidick (ECF No. 38) is **denied**.

8      IT IS FURTHER ORDERED that Plaintiff's Motion to Extend Time to Service Defendant
9  Weidick (ECF No. 39) is **granted in part and denied in part**.  Plaintiff's deadline to serve
10 Defendant Weidick is extended to July 27, 2020.

12     DATED: June 10, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE