UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Stephen Lee Choate,<br><br>     Plaintiff<br><br>v.<br><br>Chris Weidick,<br><br>     Defendant | Case No.: 2:18-cv-01958-JAD-DJA<br><br>**Order Granting Motion to Extend Deadline to Oppose Motion for Summary Judgment**<br><br>[ECF No. 127] |

Plaintiff Stephen Lee Choate brings this civil-rights action for events that he alleges occurred during an adult-education culinary class he was taking—and defendant Chris Weidick was teaching—at Nevada's Southern Desert Correctional Center. Weidick filed a motion for summary judgment four weeks ago,[1] and Choate asks the court to extend his response deadline by 21 days because his transfer from the Casa Grande Transitional Housing Center to the Southern Desert Correctional Center delayed his access to legal supplies and the law library, both of which he needs to prepare his response.[2] Weidick opposes the extension request, arguing that "[i]n all likelihood, Choate's behavior" was the reason he was transferred, so he deserves no additional time when his own "conduct was the cause of his inability to file a timely response."[3] Although I understand that Weidick is eager for this court to reach the merits of his pending motion, I find that Choate has demonstrated good cause for this reasonable extension of his deadline. Accordingly, IT IS ORDERED that the motion to extend time **[ECF No. 127] is**

---

[1] ECF No. 124.
[2] ECF No. 127.
[3] ECF No. 128 at 2.

1 **GRANTED. Choate's deadline to respond to Weidick's motion for summary judgment**
2 [ECF No. 124] **is extended to February 20, 2023**.
3     Dated: February 6, 2023

                                                                            _____
                                                                            U.S. District Judge Jennifer A. Dorsey