UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Stephen Lee Choate,<br><br>    Plaintiff<br><br>v.<br><br>Chris Weidick,<br><br>    Defendant | Case No.: 2:18-cv-01958-JAD-DJA<br><br>**Order Granting Motion to Extend Deadline to Oppose Motion for Summary Judgment**<br><br>[ECF No. 131] |

Plaintiff Stephen Lee Choate brings this civil-rights action for events that he alleges occurred during an adult-education culinary class he was taking—and defendant Chris Weidick was teaching—at Nevada's Southern Desert Correctional Center. Weidick filed a motion for summary judgment in January of this year,[1] and Choate has twice asked the court to extend his response deadline for various reasons, primarily lack of access to legal materials. After I granted Choate's first request to extend his response deadline,[2] the magistrate judge granted Choate's motion to extend the discovery period to May 9, 2023, in part based on Choate's argument that "he is unable to respond to Weidick's motion for summary judgment without additional discovery."[3] Because this development justifies a further extension of Choate's response deadline,

---

[1] ECF No. 124.
[2] ECF No. 129.
[3] ECF No. 134 at 4.

IT IS ORDERED that the motion to extend time **[ECF No. 131] is GRANTED**. **Choate's deadline to respond to Weidick's motion for summary judgment** [ECF No. 124] **is extended to May 29, 2023**.  Choate is cautioned that the court is unlikely to extend this deadline further without a showing of extraordinary circumstances.

Dated: April 5, 2023

_____
U.S. District Judge Jennifer A. Dorsey