# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Stephen Lee Choate, | Case No. 2:18-cv-01958-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Chris Weidick, | |
| Defendant. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 136). The Court received notice that Plaintiff's mail was not deliverable because he has been paroled. (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **May 22, 2023.** Failure to comply with this order may result in a recommendation to the district judge that this case be dismissed.

DATED: April 26, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE